**Robinson+Cole**

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts and New York

*By ECF*

February 27, 2025

Hon. Alvin K. Hellerstein
United States District Court
500 Pearl Street
New York, NY 10007

> **The status conference scheduled for March 21, 2025 is adjourned *sine die*. So ordered.**
>
> **/s/ Alvin K. Hellerstein, U.S.D.J. 2/27/2025**

Re:   **Pistilli v. First Unum Life Insurance Company**
      **Case No. 24-cv-05266.AKH**

Dear Judge Hellerstein:

This firm represents Defendant, First Unum Life Insurance Company, in this action. I write, jointly on behalf of both parties, to request that the Court cancel the March 21, 2025 Case Management Conference.

On February 11, 2025, the Court so-ordered the parties' Stipulation and Proposed Order for Bench Trial on Administrative Record in this ERISA action, fixing submission of briefs on April 4, 2025 and May 9, 2025 (Doc. 22). The Court may either decide the case on the papers or schedule oral argument at the Court's convenience.

It would appear that the February 2025 Order makes unnecessary the March 21, 2025 Case Management Conference/Status Conference, which the Court scheduled in orders issued on November 4, 2024 (Doc. 17) and January 30, 2025 (Doc. 20).

The parties accordingly request that the Court cancel the March 21, 2025 conference.

Respectfully,

*/s/ Patrick W. Begos*

Copy to:   ECF Service List

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP