UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LIA PISTILLI,                                       :
                  Plaintiff,                 :  **ORDER**
                                                :
   -against-                             :  24 Civ. 5266 (AKH)
                                                :
FIRST UNUM LIFE INSURANCE          :
COMPANY,                                      :
                  Defendant.              :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Having received Defendant's motion in limine to limit the evidence in the record to the parties' stipulated administrative record, and to thereby exclude Plaintiff's testimony, the Court orders Plaintiff to respond to Defendant's motion by August 27, 2025 at 12 p.m. Eastern Standard Time. The Court will hear oral argument on this motion at the inception of the August 28, 2025 hearing.

        The Clerk of Court shall terminate ECF No. 33.

        SO ORDERED.

Dated:    August 22, 2025                      /s/ Alvin K. Hellerstein
              New York, New York            ALVIN K. HELLERSTEIN
                                                         United States District Judge