**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LIA PISTILLI,

                              Plaintiff,

            -against-                                    24 **CIVIL** 5266 (AKH)

                                                  **<u>JUDGMENT</u>**

FIRST UNUM LIFE INSURANCE COMPANY,

                             Defendant.
-----------------------------------------------------------------X

           It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusion of Law dated October 3, 2025, the Court finds that First Unum did not act in an arbitrary and capricious manner in denying Pistilli's claim for long-term disability benefits, and thus, she is not so entitled to an award thereof from this Court. Judgment is entered for First Unum; accordingly, the case is closed.

**Dated:** New York, New York

      October 7, 2025

                                              **TAMMI M. HELLWIG**
                                  _____
                                            **Clerk of Court**

                         **BY:**          K. Mango

                                    _____
                                            **Deputy Clerk**